UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Carpenter,

    Plaintiff,

        v.                              Case No.   1:15cv666

Springleaf Consumer Loan, Inc.,            Judge Michael R. Barrett

    Defendant.

## **ORDER**

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on January 25, 2016 (Doc. 12).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 12) of the Magistrate Judge is hereby **ADOPTED.**  Defendant's Motion for Judgment on the Pleadings (Doc. 6) is **GRANTED** insofar as Defendant is entitled to judgment as a matter of law on the sole claim in his Complaint (Doc. 3).  This case shall be dismissed with prejudice and closed form the docket of this Court.

    **IT IS SO ORDERED.**

                            *s/Michael R. Barrett*
                            Michael R. Barrett
                            United States District Judge